**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 427 MAL 2022

           Respondent              :

                                   :  Petition for Allowance of Appeal
                                   :  from the Order of the Superior Court

             v.                   :

                                   :

ROBERT W. SCHORSCHINSKY,        :

           Petitioner              :

**<u>ORDER</u>**

**PER CURIAM**

      **AND NOW**, this 16th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.